UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEERAJ KUMAR, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                    Defendant. | Case No. 2:25-cv-00457-JHC<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

For good cause, Plaintiffs and Defendant, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through August 15, 2025. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Forms I-526Es, Immigrant Petition by Regional Center Investor, and Forms I-485s, Applications to Register Permanent Residence or Adjust Status. This case is currently stayed through June 16, 2025. The parties are currently working towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention, or the issues may be narrowed. USCIS has adjudicated all but one of the plaintiffs' Form I-526Es. USCIS has issued a Request for Evidence ("RFE") for the remaining plaintiff. The plaintiff will be responding to the RFE shortly. Once USCIS has received that plaintiff's response to the RFE, USCIS will review the response and continue with processing the remaining Form I-526E. USCIS is currently processing the Form I-485s for the plaintiffs with adjudicated Form I-526Es. Because additional time is necessary for the applications to be processed, which will most likely render this litigation moot, the parties agree that holding this case in abeyance through August 15, 2025, is appropriate. Therefore, the parties believe good cause exists for a stay in these proceedings to save the parties and this Court from spending unnecessary time and judicial resources on this matter.

Accordingly, the parties request that the Court hold the case in abeyance until August 15, 2025. The parties will submit a joint status report on or before August 15, 2025.

//

//

//

STIPULATED MOTION FOR ABEYANCE & ORDER
[Case No. 2:25-cv-00457-JHC] - 2

DATED this 13th day of June, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney<br><br>*s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email: michelle.lambert@usdoj.gov<br><br>*Attorneys for Defendant*<br><br>*I certify that this memorandum contains 359 words, in compliance with the Local Civil Rules.* | THE GALATI LAW FIRM, LLC<br><br>*s/ Alexandra L. George*<br>ALEXANDRA L. GEORGE, PHV<br>ILBA# 6332712<br>The Galati Law Firm, LLC<br>8080 Old York Road, Suite 204<br>Elkins Park, Pennsylvania 19027<br>Phone: 215-310-0231<br>Email:  alex@galati.law<br><br>GEORGE IMMIGRATION PLLC<br><br>*s/ Anahita M. George*<br>ANAHITA M. GEORGE, WSBA# 57799<br>George Immigration PLLC<br>5719 Stetson Ct. NW<br>Olympia, Washington 98502<br>Phone: 425-328-9339<br>Email:  ageorge@justimmigrationusa.com<br>*Attorneys for Plaintiffs* |

**ORDER**

The case is held in abeyance until August 15, 2025. The parties shall submit a status update on or before August 15, 2025. It is so **ORDERED**.

DATED this 13th day of June, 2025.

_John H. Chun_
JOHN H. CHUN
United States District Judge